**Opinion issued August 15, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-24-00598-CV

_____

## IN RE MOSAIC BAYBROOK ONE, L.P. AND MOSAIC BAYBROOK TWO, L.P., AND MOSAIC RESIDENTIAL, INC., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus challenging the trial court's July 16, 2024 "Amended Order Severing Motion to Show-Cause Proceedings, Including TCPA Motion to Dismiss Filed in Response Thereto."[1] We deny the petition. Relators' motion for emergency stay is dismissed as moot.

---

[1] The underlying case is *Paul Simien v. Baybrook Village, et al.*, cause number 2017-08379, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.